TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-11-00637-CR






Amber Rose Edmonds, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 66725, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N



 Appellant Amber Rose Edmonds has filed a pro se notice of appeal from the
district court's judgment revoking her community supervision for the offense of possession
of marihuana in an amount four ounces or more but less than five pounds. See Tex. Health & Safety
Code Ann. § 481.121 (West 2010). The district court has certified that Edmonds has waived her
right of appeal. See Tex. R. App. P. 25.2(a)(2); Monreal v. State, 99 S.W.2d 615, 622 (Tex. Crim.
App. 2003). Accordingly, we dismiss the appeal on that ground. See Tex. R. App. P. 25.2(a)(2), (d). 


 __________________________________________

 Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed

Filed: December 7, 2011

Do Not Publish